## File an order :

### 18-21993 Richard P Simone

Type: bk  
Chapter: 7 v  
Office: 2 (Hartford)  
Assets: n  
Debtor disposition: Standard Discharge  
Judge: jjt

**18-21993:** *pdfdoc1 form:*

Error: error: No document found for pdf form

---

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Adam-Zeini, Zahra entered on 3/20/2019 at 11:51 AM EDT and filed on 3/20/2019  
**Case Name:** Richard P Simone  
**Case Number:** 18-21993  
**Document Number:** 16

**Docket Text:**  
**ORDER:** In light of pending Adversary Proceeding (19-02005) pursuant to 11 U.S.C. § 727, Debtor's Discharge Order (ECF No. 15) is VACATED. (RE: [15] Order Discharging Debtor). (Adam-Zeini, Zahra)

The following document(s) are associated with this transaction:

**18-21993 Notice will be electronically mailed to:**

Elizabeth J. Austin on behalf of Creditor Andrew Woolf  
eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Creditor Andrew Katz  
eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Creditor Elena Vagnerova  
eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Creditor Josette Wys-Katz  
eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Plaintiff Andrew Katz  
eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Plaintiff Andrew Woolf

eaustin@pullcom.com, rmccoy@pullcom.com

Elizabeth J. Austin on behalf of Plaintiff Elena Vagnerova
eaustin@pullcom.com, rmccoy@pullcom.com

Patrick W. Boatman on behalf of Debtor Richard P Simone
pboatman@boatmanlaw.com, fernandezmr66581@notify.bestcase.com

Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

Anthony S. Novak on behalf of Trustee Anthony S. Novak
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**18-21993 Notice will not be electronically mailed to:**

Kenneth E. Chase on behalf of Creditor Andrew Woolf
Law Firm of Chase Law, LLC
1509 16th Street NW, Suite 500
Washington, DC 20036

Kenneth E. Chase on behalf of Creditor Andrew Katz
Law Firm of Chase Law, LLC
1509 16th Street NW, Suite 500
Washington, DC 20036

Kenneth E. Chase on behalf of Creditor Elena Vagnerova
Law Firm of Chase Law, LLC
1509 16th Street NW, Suite 500
Washington, DC 20036

Kenneth E. Chase on behalf of Creditor Josette Wys-Katz
Law Firm of Chase Law, LLC
1509 16th Street NW, Suite 500
Washington, DC 20036