**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **RICHARD P. SIMONE**<br>**Debtor** | **CASE NO. 18-21993 (JJT)** |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Patrick W. Boatman, on behalf of himself and his law firm, Law Offices of Patrick W. Boatman, LLC hereby moves to withdraw as counsel of record for Debtor, Richard P. Simone (hereinafter, "the Debtor"), for the following reasons:

1.      Undersigned counsel has completed the work for which his firm was retained, to wit, the preparation and filing of the Debtor's Chapter 7 bankruptcy schedules. Undersigned counsel represented the Debtor at the meeting of creditors, and the Trustee has filed a Report of No Distribution (ECF No. 8). Pending the resolution of the adversary proceeding captioned Woolf, et al. v. Simone, (ADV. PROC. NO. 19-2005 (JJT), the Debtor will either receive his discharge, or he will not receive his discharge. In either event, there is no additional work to be completed by undersigned counsel or his firm.

2.      Moreover, a dispute has arisen between the Debtor and undersigned counsel and his law firm, which precipitates this request.

3.      Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw as counsel of record in the above captioned

Chapter 7 proceeding, and for any other relief this Court deems just and equitable.

Dated at East Hartford, Connecticut this 2nd day of January, 2020.

By:    /s/ Patrick W. Boatman
      Patrick W. Boatman
      Law Offices of Patrick W. Boatman, LLC
      111 Founders Plaza, Suite 1000
      East Hartford, CT 06108
      Tel. No. (860) 291-9061
      Fax No. (860) 291-9073
      pboatman@boatmanlaw.com
      Fed. Bar. No. ct05336

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

IN RE:                                              CHAPTER 7

**RICHARD P. SIMONE**                    **CASE NO. 18-21993 (JJT)**
        **Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw has been sent electronically through the CM/ECF system and to the following parties of interest on this 2nd day of January, 2020:

Anthony S. Novak
AnthonySnovak@aol.com

Elizabeth J. Austin
eaustin@pullcom.com

Kenneth E. Chase
kchase@chaselaw.com

Richard P. Simone
38 Glenn Drive
Southington, CT 06489

RESPECTFULLY SUBMITTED

By_____/s/ Patrick W. Boatman_____
        Patrick W. Boatman. Esquire
        Law Offices of Patrick W. Boatman, LLC
        111 Founders Plaza, Suite 1000
        East Hartford CT 06108
        Tel. No. (860) 291-9061
        Fax No.: (860) 291-9073
        pboatman@boatmanlaw.com
        Federal Bar No. ct05336